PER CURIAM.
 

 We initially accepted jurisdiction in the case of
 
 Bruce v. State,
 
 993 So.2d 155 (Fla. 1st DCA 2008), in which the First District Court of Appeal ruled upon a question certified to be of great public importance.
 
 See
 
 art. V, § 3(b)(4), Fla. Const. Having-considered the First District’s opinion and the briefs of the parties, upon further review, we have determined that we should exercise our discretion and discharge jurisdiction. Accordingly, we hereby dismiss review.
 

 It is so ordered.
 

 QUINCE, C.J., and PARIENTE, LEWIS, POLSTON, LABARGA, and PERRY, JJ., concur.
 

 CANADY, J., dissents.